**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PIEROTTI, CAROLYN<br><br><br>            Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-43231 JS<br><br>JUDGE JOHN SQUIRES |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE JOHN SQUIRES
       BANKRUPTCY JUDGE

NOW COMES DAVID GROCHOCINSKI, TRUSTEE herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.   DAVID GROCHOCINSKI, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/03/05. The Trustee was appointed on 10/03/05. An order for relief under Chapter 7 was entered on 10/03/05.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A. The Trustee has not found it advisable to oppose the Debtor(s) discharge.

3.   The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of 5/11/07 is as follows:

    a.  RECEIPTS (See Exhibit C)      $ 20,238.42

    b.  DISBURSEMENTS (See Exhibit C)      $ 17.63

    c.  NET CASH available for distribution      $ 20,220.79

    d.  TRUSTEE/PROFESSIONAL COSTS
        1.  Trustee compensation requested (See Exhibit E)      $ 2,773.84
        2.  Trustee Expenses (See Exhibit E)      $ 100.00
        3.  Compensation requested by attorney or other
            professionals for trustee (See Exhibit F)      $ 8,211.89
    e.  Illinois Income Tax for Estate (See Exhibit G)      $ 0.00

5.     The Bar Date for filing unsecured claims expired on 04/25/06.

6.     All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.  Allowed unpaid secured claims      $ 0.00

    b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims      $ 11,335.73

    c.  Allowed Chapter 11 Administrative Claims      $ 0.00

    d.  Allowed priority claims      $ 0.00

    e.  Allowed unsecured claims      $ 19,500.92

7.     Trustee proposes that unsecured creditors receive a distribution of 45.56% of allowed claims.

8.     Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $0.00. Professional's compensation and expense requested but not yet allowed is $8,211.89. The total of Chapter 7 professional fees and expenses requested for final allowance is $11,085.73. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9.     A fee of $485.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: 5/11/07                                              RESPECTFULLY SUBMITTED,


                                                            By:/s/David E. Grochocinski
                                                                DAVID GROCHOCINSKI, TRUSTEE
                                                                1900 RAVINIA PLACE
                                                                ORLAND PARK, IL 60462
                                                                Telephone # (708) 226-2700

Grochocinski, Grochocinski & Lloyd, Ltd.
1900 Ravinia Place
Orland Park, IL 60462


Invoice submitted to:
Pierotti, Carolyn


May 11, 2007


Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2005 | DEG | Review of schedules and statement of financial affairs prior to 341 meeting | 1.00<br>350.00/hr | 350.00 |
| 11/7/2005 | DEG | Receipt and review of letter from Zahour regarding documents requested at 341 meeting | 1.50<br>350.00/hr | 525.00 |
| 11/9/2005 | DEG | Conduct 341 meeting; continue to 11/29 for documents | 0.50<br>350.00/hr | 175.00 |
| 11/15/2005 | DEG | Review of letter and enclosures from debtor's attorney | 1.00<br>350.00/hr | 350.00 |
| 11/21/2005 | DEG | Letter to debtor's attorney regarding his letter and enclosures of the 15th; need basis for payments, copies of contracts etc. | 0.80<br>350.00/hr | 280.00 |
| 11/28/2005 | DEG | Receipt and review of information on Harris Bank loan and National Debt Consultants from debtor's attorneys | 1.50<br>350.00/hr | 525.00 |
| 11/30/2005 | DEG | Receipt of letter from Zahour; no objection to motion to employ attorneys for Trustee | 0.20<br>350.00/hr | 70.00 |
| 1/20/2006 | DEG | Prepared initial report of assets; file with court; bar date set for 4/25/06 | 0.50<br>350.00/hr | 175.00 |
| 9/20/2006 | DEG | Review of order approving settlement; make suggested changes | 0.80<br>350.00/hr | 280.00 |
| 10/23/2006 | DEG | Review of claims | 0.50<br>350.00/hr | 175.00 |
|  | DEG | Review claims docket | 0.50<br>350.00/hr | 175.00 |
| 11/30/2006 | DEG | Prepared letter with order and necessary documents to to prepare tax returns | 1.00<br>350.00/hr | 350.00 |
| 5/7/2007 | DEG | Review of tax letter and invoice from accountant | 0.80<br>350.00/hr | 280.00 |
| 5/9/2007 | DEG | Prepared final report | 2.50<br>350.00/hr | 875.00 |



Ex. A

Pierotti, Carolyn                                                                                              Page    2

|                                  | Hours | Amount     |
|----------------------------------|-------|------------|
| For professional services rendered | 13.10 | $4,585.00 |

## TRUSTEE COSTS

| | | |
|---|---|---|
| 1) | Recorder of Deeds | $ 40.00 |
| 2) | Property Insight | <u>60.00</u> |
| | **TOTAL COSTS** | <u>$100.00</u> |

# EXHIBIT B

## DISPOSITION OF ESTATE PROPERTY

| Scheduled Property and Disposition | Amount Realized |
|---|---|
|  |  |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto |  |

| | |
|---|---|
| TOTAL RECEIPTS | $ 20,238.42 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $ 2,300.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $ 17,809.00 |

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05B-43231 JS  
**Case Name:** PIEROTTI, CAROLYN  
**Period Ending:** 05/11/07

**Trustee:** (520067) DAVID GROCHOCINSKI, TRUSTEE  
**Filed (f) or Converted (c):** 10/03/05 (f)  
**§341(a) Meeting Date:** 11/09/05  
**Claims Bar Date:** 04/25/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 410 RAMBLEWOOD DRIVE, UNIT A, GLEN ELLYN, IL | 170,000.00 | 162,500.00 | | 20,177.53 | FA |
| 2 | CHECKING & SAVINGS ACCOUNTS | 259.00 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 5 | WEDDING RING | 250.00 | 0.00 | | 0.00 | FA |
| 6 | CITI GROUP RETIREMENT | 7,000.00 | 0.00 | | 0.00 | FA |
| 7 | TOYOTA SIENNA VAN | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 8 | 1998 COMPUTER | 100.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 60.89 | Unknown |
| 9 | **Assets Totals** (Excluding unknown values) | **$182,609.00** | **$162,500.00** | | **$20,238.42** | **$0.00** |

**Major Activities Affecting Case Closing:**

POSSIBLE SALE OF REAL ESTATE AND INVESTIGATION OF VALUE  
BAR DATE PENDING  
SETTLED REGARDING REAL ESTATE  
AWAITING TAX RETURNS PRIOR TO CLOSING OF CASE

Printed: 05/11/2007 10:59 AM    V.9.02

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| Case Number: | 05B-43231 JS | Trustee: | (520067) DAVID GROCHOCINSKI, TRUSTEE |
|---|---|---|---|
| Case Name: | PIEROTTI, CAROLYN | Filed (f) or Converted (c): | 10/03/05 (f) |
| | | §341(a) Meeting Date: | 11/09/05 |
| Period Ending: | 05/11/07 | Claims Bar Date: | 04/25/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Initial Projected Date Of Final Report (TFR):** December 30, 2007    **Current Projected Date Of Final Report (TFR):** December 30, 2007

Printed: 05/11/2007 10:59 AM    V.9.02

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 05B-43231 JS  
**Case Name:** PIEROTTI, CAROLYN  

**Taxpayer ID #:** 13-7546584  
**Period Ending:** 05/11/07

**Trustee:** DAVID GROCHOCINSKI, TRUSTEE (520067)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****48-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/03/06 | {1} | JOSEPH & CAROLYN PIEROTTI | SETTLEMENT PER ORDER OF 10/13/06 | 1149-000 | 5,000.00 | | 5,000.00 |
| 11/29/06 | {1} | COMMERICAL LAND TITLE INSURANCE CO. | SETTLEMENT OF ADVERSARY 06A 00588 | 1149-000 | 15,177.53 | | 20,177.53 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 2.62 | | 20,180.15 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.82 | | 20,192.97 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 13.46 | | 20,206.43 |
| 02/12/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #05B-43231, BOND# 016026455 - TERM 2/1/07-2/1/08 | 2300-000 | | 17.63 | 20,188.80 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.06 | | 20,198.86 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.78 | | 20,209.64 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 11.15 | | 20,220.79 |
| | | | **ACCOUNT TOTALS** | | 20,238.42 | 17.63 | **$20,220.79** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 20,238.42 | 17.63 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,238.42** | **$17.63** | |

{} Asset reference(s)

Printed: 05/11/2007 10:59 AM   V.9.02

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05B-43231 JS | Trustee: | DAVID GROCHOCINSKI, TRUSTEE (520067) |
|---|---|---|---|
| Case Name: | PIEROTTI, CAROLYN | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****48-66 - Checking Account |
| Taxpayer ID #: | 13-7546584 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 05/11/07 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

```
Net Receipts :      20,238.42
                   _____
Net Estate :         $20,238.42
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **MMA # ***-*****48-65** | 20,238.42 | 17.63 | 20,220.79 |
| **Checking # ***-*****48-66** | 0.00 | 0.00 | 0.00 |
| | $20,238.42 | $17.63 | $20,220.79 |

{} Asset reference(s)                                                          Printed: 05/11/2007 10:59 AM    V.9.02

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PIEROTTI, CAROLYN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-43231 JS<br><br>JUDGE JOHN SQUIRES |

**PROPOSED DISTRIBUTION REPORT**

I, <u>DAVID GROCHOCINSKI, TRUSTEE</u> herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 11,335.73 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 8,885.06 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 20,220.79 |

**EXHIBIT D**

**DISTRIBUTION REPORT**                                                                 **PAGE 1**

| 1. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| Secured Claims | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ | 11,335.73 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | DAVID GROCHOCINSKI, TRUSTEE | 2,773.84 | 2,773.84 |
| ADMIN2 | DAVID GROCHOCINSKI, TRUSTEE | 100.00 | 100.00 |
| ADMIN3 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 7,235.00 | 7,235.00 |
| ADMIN4 | GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. | 61.89 | 61.89 |
| ADMIN5 | CLERK, U.S. BANKRUPTCY COURT | 250.00 | 250.00 |
| ADMIN6 | SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC | 915.00 | 915.00 |

| 3. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ | 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|

§507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f)    $    0.00    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(3) - Wages, salaries or commissions limited to $4,300.00    $    0.00    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(4) - Contributions to Employee Benefit Funds    $    0.00    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00    $    0.00    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL    $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

507(a)(6) - Deposits by consumers to the extent of $1,950.00    $    0.00    0.00%

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(7) - Alimony | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 19,500.92 | 45.56% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | 4,237.98 | 1,930.93 |
| 002 | TARGET NATIONAL BANK FKA RETAILERS NAT'L BANK | 4,723.45 | 2,152.11 |
| 003 | KOHL'S DEPT. STORE | 571.82 | 260.53 |
| 004 | RECOVERY MGMT SYSTEMS CORP FOR GE MONEY BANK | 294.13 | 134.01 |
| 005 | US BANK CORP./RETAIL PAYMENT SOLUTIONS | 9,673.54 | 4,407.48 |
| | | TOTAL   $ | 8,885.06 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| General Unsecured Subordinated claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
| | | TOTAL   $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL   $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| **TYPE OF CLAIM** | **CLAIM NUMBER** | **CREDITOR AND ADDRESS** | **DISALLOWED AMOUNT OF CLAIM** | **/WITHDRAWN (DESIGNATE)** |
|---|---|---|---|---|

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: _____    _____
                                          DAVID GROCHOCINSKI, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | | | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Fees | 0.00 | 7,235.00 | |
| GROCHOCINSKI, GROCHOCINSKI & LLOYD, LTD. Expenses | 0.00 | 61.89 | |
| | | | 7,296.89 |
| **Accountant for Trustee** | | | |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC Fees | 0.00 | 915.00 | |
| | | | 915.00 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $ 0.00 | $ 8,211.89 | $ 8,211.89 |

1