**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>PIEROTTI, CAROLYN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-43231 JS<br><br>JUDGE JOHN SQUIRES |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS**
**FOR COMPENSATION, AND HEARING ON THE ABANDONMENT**
**OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   U.S. BANKRUPTCY COURT
          DUPAGE COUNTY COURTHOUSE
          505 N. COUNTY FARM RD, ROOM 2000
          WHEATON, IL. 60187

    On:   AUGUST 24, 2007

    At:   10:00 A.M.

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                              $            20,238.42

    b. Disbursements                         $                17.63

    c. Net Cash Available for Distribution   $            20,220.79

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| | | | |

| | | |
|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $2,773.84 |
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Expenses) | 0.00 | $100.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $7,235.00 |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | $61.89 |
| CLERK, U.S. BANKRUPTCY COURT (US Bankruptcy Court ) | 0.00 | $250.00 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $915.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $19,500.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 45.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | DISCOVER BANK/DISCOVER FINANCIAL SERVICES | $ 4,237.98 | $ 1,930.93 |
| 002 | TARGET NATIONAL BANK FKA RETAILERS NAT'L BANK | $ 4,723.45 | $ 2,152.11 |
| 003 | KOHL'S DEPT. STORE | $ 571.82 | $ 260.53 |
| 004 | RECOVERY MGMT SYSTEMS CORP FOR GE MONEY BANK | $ 294.13 | $ 134.01 |

| 005 | US BANK CORP./RETAIL PAYMENT SOLUTIONS | $ | 9,673.54 | $ | 4,407.48 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: Toyota Sienna Van

Dated: JULY 30, 2007    For the Court,

By: KENNETH S. GARDNER
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN**

| | |
|---|---|
| IN RE:<br>PIEROTTI, CAROLYN<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 05B-43231 JS<br><br>JUDGE JOHN SQUIRES |

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Trustee's compensation | $ | 2,773.84 |
| 2. | Trustee's expenses | $ | 100.00 |
| | TOTAL | $ | 2,873.84 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---:|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 7,235.00 |
| | b. Expenses | $ | 61.89 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |
| | a. Compensation | $ | 915.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 compensation | $ | 0.00 |

**EXHIBIT G**

      d. Chapter 11 Expenses                                    $_____0.00

3.     Other Professionals

                                                          TOTAL         $_____8,211.89

      IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.


DATED this _____ day of _____, 200__.


                          ENTERED _____
                                     JOHN SQUIRES
                                     UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

231    Doc 30    Filed 07/30/07    Entered 08/02/07 00:26:51    Desc Imaged
Certificate of Service    Page 6 of 6

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7              Page 1 of 1            Date Rcvd: Jul 30, 2007
Case: 05-43231                Form ID: pdf002          Total Served: 19

The following entities were served by first class mail on Aug 01, 2007.
db           +Carolyn S Pierotti,   410 Ramblewood Drive Unit A,    Glen Ellyn, IL 60137-6649
aty          +Alonzo H Zahour,   Law Office of Alonzo H. Zahour,    101 Royce Rd Ste 8,
               Bolingbrook, IL 60440-1409
aty          +Arthur W Rummler,   Grochocinski, Grochoinski & Lloyd Ltd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David E Grochocinski,   Grochocinski & Grochocinski,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,   Grochocinski, Grochocinski & Lloyd,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Grochocinski Grochocinski & Lloyd Ltd,   1900 Ravinia Place,   Orland Park, IL 60462-3760
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
9964164      +Citibank,   PO Box 6000,   The Lakes, NV 89163-0001
9964166       Kohl's,   PO Box 3120,   Milwaukee, WI 53201-3120
10609861     +Kohl's Department Store,   c/o Creditors Bankruptcy Service,    P O Box 740933,
               Dallas, TX 75374-0933
9964167       MBNA,   PO Box 15026,   Wilmington, DE 19850-5026
9964168       Old Navy,   PO Box 530942,   Atlanta, GA 30353-0942
10633757     +Recovery Management Systems Corporation,   For GE Money Bank,   dba OLD NAVY,
               25 S.E. 2nd Avenue, Suite 1120,   Miami, Fl 33131-1605
9964169       Target,   PO Box 59317,   Minneapolis, MN 55459-0317
10589552     +Target National Bank (fka Retailers National Bank),   c/o Weinstein & Riley, P.S.,
               2101 4th Avenue, Suite 900,   Seattle, WA 98121-2339
9964170     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,   PO Box 790408,   Saint Louis, MO 63179-0408)
10662146     +US BANK CORP/RETAIL PAYMENT SOLUTIONS,   PO BOX 5229,   CINCINNATI, OHIO 45201-5229

The following entities were served by electronic transmission on Jul 31, 2007.
10587321      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2007 02:45:55
               Discover Bank/Discover Financial Services,   PO Box 8003,   Hilliard, OH 43026
9964165       E-mail/PDF: mrdiscen@discoverfinancial.com Jul 31 2007 02:45:55    Discover Card,   PO Box 30952,
               Salt Lake City, UT 84130-0952
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Alan Horewitch
aty           Scott Gordon Horewitch & Pidgeon LLC
                                                                                              TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 01, 2007**                     **Signature:** _Joseph Speetjens_